# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NEAL GLASER,<br><br>Plaintiff,<br><br>v.<br><br>HIREWELL SCREENING SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:25-cv-01055-JLT-SAB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT READING READINESS FOR PRETRIAL CONFERENCE<br><br>**NOVEMBER 16, 2026 DEADLINE** |

On August 22, 2025, Plaintiff commenced this Fair Credit Reporting Act case. (ECF No. 1.) On December 2, 2025, the Court presided over a scheduling conference in this matter, pursuant to Federal Rule of Civil Procedure 16. (ECF No. 8.) As relevant here, the dispositive motion deadline was set for September 18, 2026, and the pretrial conference is presently set for January 11, 2027. Neither party filed a dispositive motion. Indeed, nothing has been filed in this matter since the Court's scheduling order.

Thus, the Court DIRECTS the parties to file by **November 16, 2026**, a joint status report regarding readiness for the pretrial conference, including whether the parties have or intend to participate in a settlement conference. In lieu of filing a joint statement, the parties may file a notice of settlement or dispositional documents if applicable.

/ / /

The Court reminds the parties of the ongoing lack of judicial resources in the Eastern District of California, and because criminal felony trials take precedence, civil trials may be continued and/or may trail the criminal trials. Finally, the Court directs the parties to the Hon. Jennifer L. Thurston's standing order for information regarding the pretrial conference. (ECF No. 3-1.)

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge